IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE WASHINGTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:14-CV-060-WKW |
| ) | |
| JEFFERSON S. DUNN, Commissioner,) | |
| Alabama Department of Corrections, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

For the past four years, the United States District Court for the Middle District of Alabama has been in the midst of a judicial emergency, as determined by the Judicial Conference for the Eleventh Circuit Court of Appeals. Since August 2014, the court has had only one active district judge available (the undersigned, whose duties also include those of chief judge), two senior district judges, and two judicial vacancies.[1] All death penalty cases, including 42 U.S.C. § 1983 method-of-execution cases, have been assigned to the one available judge.[2]

---

[1] One of these vacancies has recently been filled. On August 1, 2018, the United States Senate confirmed the nomination of Emily Coody Marks to fill one of these district judge positions. Judge Marks assumed the office on August 3, 2018.

[2] As of July 11, 2018, the ten § 1983 method-of-execution cases have been dismissed.

Additionally, priority must be given to pending criminal cases, as required by the Speedy Trial Act, 18 U.S.C. §§ 3161–74.  That priority and the sheer volume of the court's overall docket have adversely affected the court's ability to process the death penalty habeas petitions[3] in a timelier manner.[4]

Accordingly, it is ORDERED that:

1. In view of these considerations, expedited review is GRANTED; and

2. Petitioner's habeas petition will be reviewed immediately after resolution of the habeas petitions filed prior to Petitioner's case.

DONE this 6th day of September, 2018.

                                            /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE

---

[3] Prior to the appointment of Judge Marks, all eighteen pending 28 U.S.C. § 2254 death penalty cases were assigned to the undersigned.  On August 7, 2018, one of those cases, *Barbour v. Dunn*, 2:01-cv-612-ECM, was assigned to Judge Marks.

[4] These cases are being reviewed chronologically, by filing date of the petition.  The court is currently reviewing *Barksdale v. Dunn*, 3:08-cv-327-WKW.  After *Barksdale*, the court will review the two cases filed in 2010, *Davis v. Dunn*, 2:10-cv-612-WKW, and *Flowers v. Dunn*, 2:10-cv-579-WKW, then a case filed in 2012, *Bush v. Strange*, 2:12-cv-345-WKW.  Then the court will review three cases filed in 2013:  *Smith v. Strange*, 3:13-cv-437-WKW; *Jackson v. Dunn*, 2:13-cv-731-WKW; and *Sockwell v. Dunn*, 2:13-cv-913-WKW.  The present case, filed in 2014, will then be reviewed.  In short, on the undersigned's docket, currently Petitioner Washington's case is the eighth death penalty case in the queue.